SAMUEL E. HILL ET AL. *v.* RICHARD F. GEREG
(3563)

BORDEN, SPALLONE and SATTER, Js.

Argued September 19—decision released November 12, 1985

*James B. Mason,* with whom, on the brief, was *Richard F. Gereg,* for the appellant (defendant).

*Barbara J. Wardenburg,* with whom, on the brief, was *Samuel M. Chambliss,* for the appellees (plaintiffs).

PER CURIAM. The defendant appeals from the denial of his motion to open a default judgment rendered against him. This case is controlled by *Clapper* v. *Clapper,* 3 Conn. App. 637, 490 A.2d 1030 (1985).

There is no error.